FILED
2013 Jul-25 PM 12:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

983
NE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2013 JUL 24 A 11: 35
U.S. DISTRICT COURT
N.D. OF ALABAMA

Brandon Cotton
_____

Inmate Identification Number: 264212
_____

_____

(Enter above the full name(s) of the plaintiff(s)
in this action

vs.

Dewayne Estes, Warden
Guy Noe, Captain, Mike Jones
Officer G. McGhee
_____

(Enter above full name(s) of the defendant(s)
in this action

**NOTICE TO FILING PARTY**

It is your responsibility to
notify the clerk in writing
of any address change.
Failure to notify the clerk
may result in dismissal
of your case
without further notice.

CV-13-S-1376-NE

1   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved
        in this action or otherwise relating to your imprisonment?
        Yes ( ___ )          No ( ✓ )

   B.   If your answer to (A) is "yes,) describe each lawsuit in the space below. (If there is more than
        one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline)

        1   Parties to this previous lawsuit:

            Plaintiff(s)    N/A
            Defendant(s)    N/A

- 1 -

2    Court (if Federal Court, Name the district; if State Court, Name the county)    N/A

3    Docket Number    N/A

4    Name the judge to whom case was assigned      _____

5    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6    Approximate date of filing lawsuit    N/A

7    Approximate date of disposition    N/A

I    Place of present confinement    LimeStone

  A.    Is there a prisoner grievance procedure in this institution?
      Yes ( ___ )     No ( ✓ )

  B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( ___ )     No ( ✓ )

  C.    If your answer is YES:

      1    What steps did you take?    N/A

      2    What was the result?    N/A

  D.    If your answer is NO, explain why not? _____

Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A   Name of plaintiff(s)   Brandon Cotton

   Address   28779 Nick Davis Rd
   Harvest, AL 35749

In the item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the thirs blank. Use item (C) for the names, positions, and places of employment of any additional defendants

B   Defendant   Dewayne Estes

   is employed as   Warden III

   at   Limestone

C   Additional Defendants   Sgt. Mike Jones, Capt. Guy Noe, Officer C. McGhee, Officer Ross

V.   Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On 6-4-2013 at or around 4:45 Inmate Lament Temple Came from B-Side of the Camp through the Cross overgate to the HIV unit and Enter dorm B Cell 59 and tried to

Stabbed by Roommate Darrus welch, Officers McGhee, and Ross allowed this inmate in the dorm with a prison made knife, I tried to restrain him but he tried to stabbed me. Prior to the incident we told Capt. Guy noe about this inmate but he ignore it.

**RELIEF**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensatory damages in the Amount of 7,000.00, Punitive damages in the Amount of 25,000 plus Court cost and Attorney fees

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7-17-2013

X Brandon Cofton

Signature(s)